PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
DEC 06 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eric Meyer**

**Docket No. 0:01CR00302-001(DSD)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eric Meyer** who was sentenced for Distribution of Methamphetamine on June 21, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: drug aftercare.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall participate in a program for substance abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Meyer has failed to submit to required urinalysis on two occasions: September 15, 2007, and again on November 29, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 6TH day of December 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on December 5, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
DEC 06 2007
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission